v.

DIRECTOR OF REVENUE, Respondent–Appellant.

No. ED 79809.

Missouri Court of Appeals, Eastern District, Division Four.

March 26, 2002.

Michael COTTON, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. ED 79775.

Missouri Court of Appeals, Eastern District, Division One.

March 26, 2002.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., and KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

## ORDER

PER CURIAM.

Michael Cotton (Movant) appeals the denial of his Rule 29.15 motion for postconviction relief after an evidentiary hearing. Movant contends the motion court erred in denying his postconviction motion in that Movant's trial counsel was ineffective for failing to investigate and call certain witnesses.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the claims of error to be without merit. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).